UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TROY JOSEPH ROBERTS,                      **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

## COUNT 1
(Distribution of Methamphetamine)

Between on or about July 21, 2024 and on or about July 23, 2024, in Baraga County, in the Western District of Michigan, Northern Division, the defendant,

TROY JOSEPH ROBERTS,

knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Felon in Possession of Firearm)

On or about July 23, 2024, in Baraga County, in the Western District of Michigan, Northern Division, the defendant,

TROY JOSEPH ROBERTS,

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a loaded Glock Model 42 .380 caliber pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 921(a)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
VITO S. SOLITRO
Assistant United States Attorney