UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
- - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

          vs.

TROY JOSEPH ROBERTS,

      Defendant.

_____/

Case No.: 2:25-cr-00007

Hon. Jane M. Beckering
U.S. District Judge

### **GOVERNMENT'S MOTION FOR DETENTION**

The United States Attorney moves for pretrial detention of the defendant under 18 U.S.C. § 3142(f)(1) on the basis that this case involves an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, 21 U.S.C. § 801, *et seq.* There is a rebuttable presumption of dangerousness and flight risk under 18 U.S.C. § 3142(e). Specifically, there is probable cause to believe that the defendant has committed the offense with which she is charged and that it is an offense for which a maximum term of imprisonment of ten years or more is prescribed in Controlled Substances Act, 21 U.S.C. § 801, *et seq.*

Respectfully submitted,

ANDREW BYERLY BIRGE
Acting United States Attorney

Dated:   June 10, 2025

/s/ *Vito S. Solitro*
Assistant United States Attorney