UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-7 |
| Plaintiff, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| TROY JOSEPH ROBERTS, | |
| Defendant. | |

## ORDER FOR DETENTION

Defendant Roberts appeared before the undersigned for an initial appearance and arraignment in the above-mentioned case on June 11, 2025. Defendant Roberts is currently serving an 18-month prison sentence on a supervised release revocation in *USA v. Roberts*, W.D. Mich. Case No. 2:20-cr-26-JMB. Accordingly, Defendant Roberts not eligible for release until he completes that term of imprisonment at some time in November of 2025.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: June 18, 2025                    /s/ *Maarten Vermaat*
                                        MAARTEN VERMAAT
                                        U.S. MAGISTRATE JUDGE